:Douglas-Murray :Sanders
RFD: c/o 10613 S. Blackhawk Ridge, Pl.
Vail, Arizona [85641]
Email: jkellen@sandersdouglas.com
[Plaintiff In Sui generis]



# IN THE UNITED STATES FEDERAL DISTRICT
# COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Murray Sanders<br><br>Plaintiffs,<br><br>v.<br><br>Walmart, Inc. Owners & Officers, et. al.<br><br>Defendants. | CASE NO.   CV-22-00275-TUC-LCK<br><br>**Complaint for Personal Injury Damages**<br>**All Costs and All Recovery**<br><br>28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy;<br><br>26 U.S. Code § 104 - Compensation for injuries<br><br>$500,000.00 plus interest<br><br><br>**Requested Trial by Jury**<br>**Reserve the Right to Amend**<br>**All Rights Reserved** |

AND NOW BY SPECIAL APPEARANCE comes the Plaintiff, Douglas Murray Sanders, by and through himself, *pro se*, in Sui generis, to file the complaint and in support thereof as follows:

Facts:

1. On or about Sunday June 21 2020 Mr. Sanders entered the Walmart Supercenter at 9260 S. Houghton Rd., Tucson Arizona 85747
2. Upon entering the store to purchase a coffee maker Mr. Sanders was struck and pinned by a falling wall.
3. The large wall pinned him and his leg down in which he was unable to move
4. After a while, several men and Mr. Sanders witness were able to lift the large wall off of his body.
5. Mr. Sanders was given bandages by the associates of walmart and attempted to stop the bleeding were made, in which he was also given an ice pack.
6. Unable to walk without a limp, Mr. Sanders friend drove him to the Emergency services at Next Care on Old Spanish Trail in Tucson, Arizona
7. Mr. Sanders was told that he had suffered a fracture and that he needed x rays and was given a cast to wear.
8. Mr. Sanders was given care and released.
9. Mr. Sanders could not afford care at the time and contact Walmart for help several times.
10. Finally after many contacts with Walmart he was given a file number by a Jacquelyn Hilton, Case Manager at Walmart.
11. Mr. Hilton at No times advised or acknowledged that Walmart would take care of any of his ailments.
12. Walmart only seemed concerned about the statute of limitations on bringing legal action.
13. Mr. Sanders advised Ms. Hilton that he was in need of care and had a golf ball sized lump developing on his back between his vertebrae.
14. Again, at No time was Ms. Hilton helpful in getting him the care he needed.
15. Mr. Sanders tried the exercises recommended by emergency as well as many other low impact exercises to recover on his own, ie: swimming, reflexology.

16. Mr. Sanders tried many times to speak with Ms. Hilton again but, was never able to do so, and appears that she did not forward any of the information he provided to her nor referred his case to another.

17. Mr. Sanders continues to suffer to this date and doesn't have the full range of motion that he once had before the wall hit him full force that day in Tucson, Arizona at the Walmart store which includes a strange bump on his lower vertebrae and inability to run due to intense pain at the location where the wall hit him.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests the following relief:

a) That this court require the Defendants to answer this complaint, admitting and denying with particularity each and every allegation herein or suffer the ramifications of a default for failure to answer whereas Mr. Sanders should be given to start $500,000.00 to commence aggressive medical procedures and efforts to restore his leg and lower back so he can regain his strength and range of movements that he had prior to being hit with the falling wall and explore the reason of the particular formation (lump) now in his lower back as a result of the same.

Autograph: this 20th day of June 2022 in the day of our Lord

by:_____

                    Douglas-Murray :Sanders, Plaintiff, lawful man
                                    Without Prejudice UCC1-308
                        :Douglas-Murray ; house of :Sanders, sui juris
                          a man, holder of the office of "the people"
                                   bloodline American, on the land 1760
                                              American State National
                                                   Peaceful inhabitant
                                   With full responsibility for my actions
                     under YHWH's law as found in the Holy Bible and no other
                                               With a postal address of;
                                           Non-Domestic Mail without D.C.

## CERTIFICATE OF SERVICE

I, Douglas-Murray :Sanders, hereby certify that a copy of the foregoing **Complaint for Personal Injury Damages All Costs and All Recovery Including Exhibits A-D**

**28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy;**

**26 U.S. Code § 104 - Compensation for injuries**

**$500,000.00 plus interest**

has been served on the following individuals via certified first class mail on this 20th day of June, 2022.

Defendant's Attorney and Service of Process to:

WALMART
Attention: Karen Roberts, General Counsel
702 S.W. 8th St.
Bentonville, Arkansas 72716

DATED: June 20, 2022

Respectfully Submitted, Without Prejudice UCC1-308

*[signature]*

:Douglas-Murray Sanders
RFD: in c/o 10613 S. Blackhawk Ridge, Pl.
Vail, Arizona [85641] Non-Domestic Without D.C.