# Exhibit A:  Urgent Care Information date of Injury





TELL US WHAT YOU THINK!

If you provided an email address during check-in you will receive a brief survey within 48 hours. Your feedback is important to us and we look forward to hearing from you.

Patient Name: Douglas Sanders

Date of Birth: 05/02/1969
Date of Visit: 06/21/2020 04:15 PM

# THESE ARE YOUR DISCHARGE INSTRUCTIONS

Thank you for choosing us for your healthcare needs.  The following is a summary of  today's visit and other instructions and information we hope you find helpful.

REASON(S) FOR VISIT
Foot pain/injury.

## Other Diagnostic Orders

| Status | Order | Code | Timeframe | Appointment | Interpretation |
|---|---|---|---|---|---|
| obtained | Rad Exam Ank; Complt Mini 3 Vi Right ankle | S99.91 1A | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type I or II open fracture of distal end of right fibula, unspecified fracture morphology, initial encounter (S82.831B). |
| | Patient Plan | * I HAVE DONE A REFERRAL TO THE ORTHOPEDIST (BONE AND JOINT SPECIALIST). WEAR THE WALKING BOOT UNTIL THE ORTHO TELLS YOU OTHERWISE. . |
| | Plan Orders | Walking Boot w/ Air. Obtained on 06/21/2020. Orthopedic Surgery for Fracture care. Reason for referral: Fracture care. |
| 2. | Assessment | Open wound of right ankle, initial encounter (S91.001A). |
| | Patient Plan | * WASH WITH SOAP AND WATER ONLY. DO NOT APPLY IODINE, PEROXIDE, ALCOHOL. YOU MAY APPLY AN ANTIBIOTIC OINTMENT (BACITRACIN/POLYSPORIN IS MY |

| | | |
|---|---|---|
| | | PREFERENCE). |
| | | * IF YOU THINK THE WOUND IS DEVELOPING AN INFECTION (INCREASING REDNESS, INCREASING PAIN, MAKING PUS, OR  YOU ARE FEELING UNWELL WITH FEVER OR NAUSEA OR WEAKNESS), THEN BE SEEN AGAIN FOR EVALUATION AND POSSIBLE ANTIBIOTICS. . |
| 3. | Assessment | Strain of lumbar region, initial encounter (S39.012A). |
| | Patient Plan | * APPLY ICE--NO MORE THAN 20 MINUTES AT A TIME.<br><br>* TAKE 600 MG OF IBUPROFEN EVERY 6 HOURS OR 800 MG EVERY 8 HOURS OR TAKE TWO OF THE OVER-THE-COUNTER ALEVE/NAPROXEN EVERY 12 HOURS.<br><br>* I HAVE PROVIDED SOME EXERCISES THAT SHOULD HELP YOU TO GET WELL. GENTLE STRETCHING AND STRENGTHENING THE MUSCLE ALONG THE FUNCTION THAT IT WAS MADE FOR WILL HELP YOUR CONDITION MORE THAN ANYTHING ELSE. START GENTLY, INCREASE GRADUALLY.<br><br>* IF NOT HEALING AS EXPECTED, FOLLOW UP WITH PRIMARY CARE PROVIDER OR ORTHOPEDIST. . |
| 4. | Assessment | Injury of right ankle, initial encounter (S99.911A). |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) Rad Exam Ank; Complt Mini 3 Vi to be performed. Obtained on 06/21/2020, Reason/comments: pt shielded. on Right ankle, Clinical information/comments: FRACTURE DISTAL FIBULA; PENDING RADIOLOGIST'S READING. |

## PLAN OF CARE

### Patient Education

| Date | Topic |
|---|---|
| 06/21/2020 | Healthy Upper Back: Exercises |
| 06/21/2020 | Acute Low Back Pain: Exercises |

## VITAL SIGNS

| BP mm/Hg | Pulse/min | Resp/min | Temp F | Height (Total in.) | Weight (lbs.) | Weight (oz.) | BMI | BSA |
|---|---|---|---|---|---|---|---|---|
| 130/97 | 87 | 19 | 97.40 | 72.00 | 237.00 | | 32.14 | |

### OFFICE PROCEDURES

| Procedures | Reason | Interpretation | Value |
|---|---|---|---|
| Walking Boot w/ Air | | | |

### InHouse Labs/Meds

| Order | Interpretation | Detail | Reaction | Comments |
|---|---|---|---|---|
| Walking Boot w/ Air | | | | |

### Diagnostics

| Order Date | Order | Interpretation |
|---|---|---|
| 06/21/2020 | Rad Exam Ank; Complt Mini 3 Vi Right ankle | FRACTURE DISTAL FIBULA; PENDING RADIOLOGIST'S READING |

## MEDICATIONS ADMINISTERED THIS VISIT

| Medication |
| --- |
| Walking Boot w/ Air |

## REFERRALS

| Status | Physician | Reason | Timeframe | Appointment |
| --- | --- | --- | --- | --- |
| ordered | Referrals: Orthopedic Surgery. Assume care | Fracture care | | |

Sincerely,

*Provider:*

Henry PAC, Mary  06/21/2020

Document generated by:  Mary Henry, PA-C  06/21/2020

NextCare Old Spanish Trail
9525 E Old Spanish Trl Ste 101
Tucson, AZ 85748-6630
Phone: (520)731-3666 press option 1



Referral Communication Form

Patient Information

Douglas Sanders
120 S Houghton Rd, Ste 257
Tucson, AZ  85748-6731

DOB: 05/02/1969
Phone: (520)407-5576

Order
**Date ordered:** 06/21/2020

Referrals: Orthopedic Surgery. Assume care

Insurance/Authorization Information

**Insurance:** NextCare Advantage
**Policy#:** 05021969

**Ordering Provider:**
Mary Henry PAC

Referral Information

**Primary / Billing Diagnosis:** Type I or II open fracture of distal end of right fibula, unspecified fracture morphology, initial encounter (S82.831B)

**Clinical Indications/Reason for Referral:** Fracture care.

Patient Appointment Information

**Appointment date:**                    Time:
**Location:**

**Scheduling Comments:**

*M Ann Henry, PA c*

NextCare Old Spanish Trail
9525 E Old Spanish Trl Ste 101
Tucson, AZ 85748-6630
Phone: (520)731-3666 press option 1

Exhibit B:  Affidavit of Douglas Murray Sanders

## AFFIDAVIT OF DOUGLAS MURRAY SANDERS
## TO WALMART CLAIMS DEPARTMENT

**State of Arizona**
**County of Pima**
BEFORE ME, the undersigned Notary, _Ricardo Felix_____,

On this ___4___ day of May, 2021, personally appeared Douglas Murray Sanders, known to me by state issued identification, who first being duly sworn, on his oath, deposes and says:

On Sunday June 21ˢᵗ 2020 I entered the Walmart on Vail Road in Tucson, Arizona to purchase a coffee maker with a friend. Upon entering the store and passing through the entry doors approximately 10 to 20 yards into the store I was struck by a falling Wall. Approximately 4 x 6 foot. The Wall had pinned my leg/ ankle and I tried to get from under it but, could not move.  Soon thereafter my friend and 2 Walmart associates lifted the wall from my leg/ ankle. Since that time, I have been treated for a fracture ankle/ leg (Fibula). The doctor had me buy and wear and ankle leg boot for 4 months. Thereafter I have been seen by a Foot reflexologist and now given the continued pain and lump on my back my doctor has referred me to see Chiropractor and Rehabilitation specialist.

At this time, I am unable to afford this extra service and continue to suffer from back pain as a result of the wall falling on me and trying to get myself free. I am 6' tall and weigh 237lbs and this has really hindered my ability to get around. About 30% of the time I am using a cane to help me get around and stop the pain. The recovery suggestions are thousands of dollars more Xray's and treatments which may include an MRI.

I, Douglas Murray Sanders, swear under my full commercial liability that all of the foregoing is true, correct, and certain.


_Douglas Murray Sanders_

**State of Arizona**
**County of Pima**
Sworn to and subscribed before me this ___4___ day of May, 2021 by Douglas Murray Sanders who produced a valid Arizona Driver's License as identification.

(seal)

OFFICIAL SEAL
RICARDO FELIX
Notary Public - Arizona
PIMA COUNTY
My Commission Expires
MAY 16, 2021

_Notary Public_

_Ricardo Felix_
Printed Name

My commission expires ___May 16, 2021___

Exhibit C:  Walmart claims services information sheet

# Walmart ☀ Claims Services

June 23, 2021

|Doug Sanders
120 S Houghton Rd Ste 138-257
Tucson, AZ  85748|

RE:          Doug Sanders
File Number:   9226628   → 9226628
Date of Loss:  06/21/2020   → 06/21/2020
Facility #:    5858   → 5858
Entity Name:   Walmart Inc.

Dear Doug Sanders:

Walmart/Sam's Club values you as a customer/member and regrets that your shopping experience was impacted by the incident/injury you reported while visiting the store/club.

Walmart Claims Services, Inc. administers claims on behalf of the Walmart family of brands ("Walmart") and their insurers  Your incident was referred to me for review.   It is my responsibility to review the specific facts surrounding your incident to determine if it is payable under the applicable insurance policy.

I hope we have communicated before you receive this letter. If we have not, please call or email me at your earliest opportunity.  If you have call blocking, or a similar feature on your telephone, please allow it to accept calls from my phone number listed below.  I would like to take this opportunity to inform you that in AZ, the statute of limitations for filing a legal action on your claim is 2 Year Statute of Limitations years from the date of the incident, and your claim may be barred if a legal action is not filed within the statute of limitations.  Also, on the back of this letter you will find an FAQ section that will provide additional information about the claims process.

I look forward to assisting you and please feel free to reach out to me anytime you have additional information, questions, or concerns.

Thank you for being a loyal Walmart/Sam's Club customer/member.

Sincerely,

**Jacqueline Hilton** - *Case Manager I*
Phone: 800-527-0566+57916
Fax: 877-219-0742
Email: Jacqueline_Hilton@walmart.com

Reference #:9226628

---

**Walmart Claims Services, Inc.**
P. O. Box 14731 – Lexington, KY – 40512-4731

Exhibit D: email requesting support dated June 29, 2021

# Jack Kellen

| | |
|---|---|
| **From:** | Jack Kellen [jkellen@sandersdouglas.com] |
| **Sent:** | Tuesday, June 29, 2021 12:54 PM |
| **To:** | 'Jacqueline Hilton' |
| **Cc:** | 'ERIK PINKSTON'; 'admin' |
| **Subject:** | Sanders v. Walmart, et. al. $250,000.00 (File#: 062120) |
| **Attachments:** | Walmart.jpg |

Hi Jacqueline,

Thank you for your email. See attachment. I have a golf ball sized lump on my back between my L3 / L4 vertebrae. I really need support for the ongoing medical treatments ahead as I have been downsized at my former employer.
Please respond.

Respectfully,

Douglas M. Sanders
Founder/ Owner, P.M.A.
SANDERS DOUGLAS INTERNATIONAL
120 S. Houghton Rd. Ste. 138-257
Tucson, Arizona U.S.A. 85748
Office: 520.407.5576/ Cellular: 520.358.6637
www.SandersDouglas.com

Electronic Communications Privacy Act, 18 United State Code §§ 2510-2521, covers this email. It is personal, confidential, and privileged, as work product, attorney/client communication, and/or settlement discussions. If you are not the intended addressee, please immediately notify the sender. You must delete this e-mail without copying or forwarding it. If you are not the intended recipient, disseminating or using it is a violation of federal law.

1